| | |
|---|---|
| 1 | Mark A. Neubauer (SBN 73728) |
| 2 | Stephanie G. Chau (SBN 292699) |
|   | CARLTON FIELDS, LLP |
| 3 | 2029 Century Park East, Suite 1200 |
|   | Los Angeles, CA 90067-2913 |
| 4 | Telephone:   (310) 843-6300 |
|   | Facsimile: (310) 843-6301 |
| 5 | Email: mneubauer@carltonfields.com |
|   | Email: schau@carltonfields.com |
| 6 | |
| 7 | Attorneys for Defendant VIRGIN SCENT INC. DBA ARTNATURALS |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA DEANS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VIRGIN SCENT, INC. DBA ARTNATURALS, a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 3:22-cv-00164-BTM-BGS<br><br>Assigned to the Honorable Barry T. Moskowitz, Courtroom 15B<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 40.2 FOR DEFENDANT VIRGIN SCENT, INC. DBA ARTNATURALS**<br><br>Removal filed:   February 4, 2022<br>Pretrial Conference:   Not Set<br>Trial Date:   Not Set |

128400691.1

Case No. 3:22-cv-00164-BTM-BGS

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 40.2, the undersigned counsel for defendant VIRGIN SCENT, INC. DBA ARTNATURALS ("Artnaturals") states that Artnaturals has no parent corporation and no publicly held corporation owns 10% or more of Artnatural's stock.

Dated:  February 4, 2022

CARLTON FIELDS, LLP
STEPHANIE G. CHAU

By: _____
STEPHANIE G. CHAU
Attorneys for Defendant VIRGIN SCENT INC. DBA ARTNATURALS

Email: schau@carltonfields.com