UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAMELA DEANS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff-Respondent,<br><br> v.<br><br>VIRGIN SCENT, INC.., a California corporation doing business as Artnaturals; DOES 1 - 100,<br><br>            Defendants-Petitioners. | No. 22-80074<br><br>D.C. No. 3:22-cv-00164-BTM-BGS Southern District of California, San Diego<br><br>ORDER |

Before: BRESS and VANDYKE, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is denied. *See Coleman v. Estes Express Lines, Inc.*, 627 F.3d 1096, 1100 (9th Cir. 2010) (stating criteria for consideration).

LCC/MOATT